# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM KING** | **CASE NO. 6:20-CV-01524 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **PARISH OF EVANGELINE, ET AL** | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record[1];

**IT IS ORDERED, ADJUDGED AND DECREED** that to the extent Plaintiff seeks monetary damages and declaratory or injunctive relief (in the form of being released from the requirement of registering as a sex offender), Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck v. Humphrey* conditions are met, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii) and 1915A(b)(1).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that to the extent Plaintiff seeks habeas corpus relief (in the form of immediate release from

---

[1] Although Plaintiff indicated he would be sending evidence to the Court in support of his claims, he has failed to do so in a timely fashion. [*See* ECF No. 9]. Regardless, the evidence, as described, would not change the Court's Ruling.

custody), his claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 29th day of April, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE